UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RIGOBERTO MARTINEZ PIREZ,

Petitioner,

v. Case No.: 2:26-cv-2792-SPC-KRH

WARDEN, GLADES COUNTY DETENTION CENTER *et al.*,

Respondents.

_______________________________________/

**OPINION AND ORDER**

Before the Court are Rigoberto Martinez Pirez's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 3).

Martinez Pirez is a noncitizen who has been in immigration detention since September 13, 2025. On August 25, 2026, this Court granted his first habeas petition and ordered the government to afford him a bond hearing with certain guardrails:

> The Court will thus order the respondents to either bring Martinez Pirez before an immigration judge for an individualized bond hearing within ten days or release him under reasonable conditions of supervision while the BIA considers his appeal. To satisfy this Order, the hearing must include—and the resulting order must reflect—consideration of evidence properly submitted by the petitioner and the factors announced in *In re Guerra*, 24 I. & N. Dec. 37 (BIA 2006), and the government must bear the burden of proof. The Court is aware the EOIR is the agency that conducts bond hearings, it is not a party to this action, and it may decide not to hold a hearing that satisfies these requirements. If the government is unable to ensure Martinez Pirez receives a bond hearing that complies with this Order within ten days, it must release him.

(M.D. Fla. Case No. 2:26-cv-2317-SPC-KRH, Doc. 5).

Immigration Judge Frank Pimentel conducted a bond hearing on September 2, 2026, and denied bond with this order:

> Danger to community (property) – Convicted (nolo plea) of petit larceny, occurring on 9/13/25 with 23-day jail sentence. Arrest affidavit states that Respondent was identified by store security as a repeat offender.
>
> Flight risk – Ordered removed 7/1/26 with pending appeal; no bond sponsor – Matter of Dabrotvorskii; lived in Houston, TX, and was only visiting Florida.

(Doc. 3-1 at 17). Martinez Pirez argues the bond hearing did not comply with the Court's order, and the government concedes that Judge Pimentel's order does not reflect consideration of the *Guerra* factors or the evidence submitted by Martinez Pirez, and did not place the burden of proof on the government. Because Martinez Pirez did not receive a bond hearing that complied with the Court's prior habeas order, he is entitled to the alternative relief—release from custody.

Accordingly, it is

**ORDERED**:

Rigoberto Martinez Pirez's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

1. The respondents shall release Martinez Pirez within 24 hours of this Order and give him telephone access so he can arrange transportation from the detention facility.

2. The Clerk shall terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on October 21, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record